```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF TEXAS
                   HOUSTON DIVISION
```

United States Courts
Southern District of Texas
ENTERED

MAR 0 2 2004

Michael N. Milby, Clerk of Court

Ronald Fisher                §
                             §
         Plaintiff(s),        §
                             §
vs.                          §   C. A. No. H-03-5569
                             §
Pedko Paving, Inc.,          §
                             §
         Defendant(s).        §

<u>ORDER OF RESET</u>

TO ALL COUNSEL OF RECORD:

The R.16 Scheduling Conference for the above case HAS BEEN RESET to:

*Date:* **April 16, 2004**
*Time:* **2:45**

*Room 9136, 9th Floor*
*U. S. Courthouse & Federal Building*
*515 Rusk Avenue*
*Houston, Texas   77002*

Not less than 10 days before the conference a joint report of meeting and joint discovery/case management plan shall be filed, pursuant to the Cost and Delay Reduction Plan in the Civil Justice Reform Act of 1990 adopted by the Court on October 24, 1991, and as required by Fed. R. Civ. P. Rule 26(f), as amended December 1, 1993.

The Clerk shall enter this Order and notify all parties.

DONE at Houston, Texas, on FEBRUARY 27, 2004.

                              BY ORDER OF THE COURT



baker\Civil\O-Setting