IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
APR 0 5 2004
Michael N. Milby, Clerk of Court

| | |
|---|---|
| RONALD FISHER, individually and on behalf of all others similarly situated § § § § | |
| VS. § | CIVIL ACTION NO. H-03-5569 |
| § § § § | |
| PEDKO PAVING, INC. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the Stipulation of Dismissal filed by and between Plaintiffs, Ronald Fisher and Fernando Beasley, and Defendant, Pedko Paving, Inc., it is hereby

ORDERED, ADJUDGED and DECREED that the cause(s) of action of the Plaintiffs, Ronald Fisher and Fernando Beasley, against Defendant, Pedko Paving, Inc. are hereby dismissed *with prejudice* to the rights of Plaintiffs to refile the same or any part thereof against said Defendant. All costs of court are to be borne by the party incurring same.

SIGNED this 5TH day of April, 2004.

_____
UNITED STATES DISTRICT JUDGE

10

004926 000002\531044 1

STIPULATED AND AGREED TO:

_____          _____
Michael A. Josephson                                         Nancy Hesse Hamren
Federal ID #27157                                              Federal ID #3694
State Bar No. 24014780                                   State Bar No. 09549430
1401 McKinney, Suite 1800                           800 First City Tower
Houston, Texas 77010                                   1001 Fannin Street
Telephone: (713) 751-0025                           Houston, Texas 77002-6707
Telefax: (713) 751-0030                                 Telephone: (713) 651-0111
                                                                           Telefax: (713) 651-0220

OF COUNSEL:                                                OF COUNSEL:
FIBICH, HAMPTON,                                       COATS, ROSE, YALE,
LEEBRON & GARTH, LLP                            RYMAN & LEE, P.C.

ATTORNEYS FOR PLAINTIFFS              ATTORNEYS FOR DEFENDANT